UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DUAL TRUCKING, INC. ET AL,<br><br>　　　　　　Defendant. | Case No. CV-20-53 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Admiral's Motion for Partial Summary Judgment is GRANTED.

　　　Dated this 5th day of May, 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　M. Stewart, Deputy Clerk